UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DEC 19 2019 PM3:27
FILED - USDC - BPT - CT

UNITED STATES OF AMERICA

v.

WILLIAM S. PALMIERI

Crim. Case No. 3:19CR 316 (SRU)

VIOLATION:

26 U.S.C. § 7203 (Failure to Pay Tax)

## INFORMATION

The United States Attorney charges:

### BACKGROUND

1. At all relevant times, the defendant WILLIAM S. PALMIERI ("PALMIERI") resided in Bethany, Connecticut. During all relevant times, PALMIERI, an attorney, had a small litigation firm specializing in civil rights law. From 2006 through 2014, PALMIERI would report, but not pay, all the taxes due although he had monies sufficient to make substantially greater tax payments than he did as he, in fact, used monies to pay for a range of personal expenses, including private school tuition.

### COUNT ONE
(Willful Failure to Pay Tax for 2013)

2. Paragraph 1 is incorporated by reference.

3. During the calendar year 2013, PALMIERI received taxable income of approximately $117,323, on which taxable income there was owing to the United States of America an income tax of $29,711. He was required by law to pay, on or before April 15, 2014, that income tax to the Internal Revenue Service and while he well knew all of the foregoing, he did willfully fail, on April 15, 2014, in the District of Connecticut and elsewhere, to pay the income tax due.

In violation of Title 26, United States Code, Section 7203.

## COUNT TWO
(Willful Failure to Pay Tax for 2014)

4.   Paragraph 1 is incorporated by reference.

5.   During the calendar year 2014, PALMIERI received taxable income of approximately $89,302, on which taxable income there was owing to the United States of America an income tax of $22,409. He was required by law to pay, on or before April 15, 2015, that income tax to the Internal Revenue Service and while he well knew all of the foregoing, he did willfully fail, on April 15, 2015, in the District of Connecticut and elsewhere, to pay the income tax due.

In violation of Title 26, United States Code, Section 7203.

UNITED STATES OF AMERICA

_____
JOHN H. DURHAM
UNITED STATES ATTORNEY

_____
CHRISTOPHER W. SCHMEISSER
ASSISTANT UNITED STATES ATTORNEY